IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BOBBY JOHNSON AND EDWIN AGUAIZA**, Individually and on behalf of all others similarly situated,<br><br>**Plaintiffs**<br><br>v.<br><br>**DRAEGER SAFETY DIAGNOSTICS, INC**.<br><br>**Defendant.** | Civil Action No.<br>2:13-CV-02439-JLL-JAD<br><br>Hon. Jose L. Linares<br><br>**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** |

     **PLEASE TAKE NOTICE** that Plaintiffs, Bobby Johnson and Edwin Aguaiza, individually and on behalf of all others similarly situated, hereby appeals to the United States of Appeals for the Third Circuit from Order of the District Court (Hon. Jose L. Linares dated October 28, 2013 and entered on October 28, 2013.

                                                     s/Ashton E. Thomas
                                                   Ashton E. Thomas, Esq.
                                                   1209 East Grand Street, Suite 201
                                                   Elizabeth, NJ 07201
                                                   Telephone: (908) 289-3640
                                                   athomaslaw@verizon.net
                                                   Attorney for Plaintiff Bobby Johnson
                                                   and the Putative Class

November 25, 2013

## CERTIFICATE OF SERVICE

I, Ashton E. Thomas, Esquire, of full age, hereby certify as follows:

1.    I am an attorney-at-law of the State of New Jersey, attorney for Plaintiffs Bobby Johnson and Edwin Aguaiza, Individually and on behalf of all others similarly situated.

2.    I certify that on this 25th day of November, 2013 I caused to be served via ECF the following document on all counsel of record:

    A. Notice of Appeal

s/Ashton E. Thomas  
Ashton E. Thomas, Esq.  
1209 East Grand Street, Suite 201  
Elizabeth, NJ 07201  
Telephone: (908) 289-3640  
athomaslaw@verizon.net  
Attorney for Plaintiff Bobby Johnson  
and the Putative Class

November 25, 2013